**IT IS ORDERED as set forth below:**



**Date: November 15, 2016**

_____

**Mary Grace Diehl
U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| RE:  **JAMES MICHAEL CRAIG**      **DEBTOR,** | * * * | |
| **FIRST-CITIZENS BANK & TRUST COMPANY, F/K/A FIRST CITIZENS BANK AND TRUST COMPANY, INC. MOVANT,** | * * * * * | **CHAPTER 7 PETITION** |
| VS. | * * * | **CASE NO.: 16-59582-mgd** |
| **JAMES MICHAEL CRAIG AND JORDAN E. LUBIN, CHAPTER 7 TRUSTEE,** | * * * * | |
| **RESPONDENTS.** | * | |

### ORDER ON DANNY HOLCOMB'S
### MOTION FOR RELIEF FROM AUTOMATIC STAY

First-Citizens Bank & Trust Company, f/k/a First Citizens Bank and Trust Company, Inc. ("Movant") having filed its Motion for Relief from Automatic Stay seeking possession of Debtor's real property located in Hart County, Georgia, containing 2.509 acres more or less, as more particularly described in that Deed to Secure Debt to

Movant dated October 30, 2006, recorded in Deed Book 570, Pages 655, Hart County Deed Records and attached as Exhibit "B" to the above-referenced Motion and incorporated herein by reference (the "collateral") and the same having come for for hearing on November 10, 2016 with no response to said Motion having been filed by Debtor and Debtor and the Chapter 7 Trustee having interposed no objection to said Motion at the call of the hearing on November 10, 2016, it is hereby;

ORDERED that First-Citizens Bank & Trust Company, f/k/a First Citizens Bank and Trust Company, Inc., Motion is *granted*: the automatic stay of 11 U.S.C. § 362(a) is modified to allow Movant to proceed with recovery and disposition of the property in accordance with the terms of its Deed to Secure Debt and applicable state law; provided, however, that any proceeds of sale then remaining shall be promptly remitted to the Trustee for the benefit of the Estate and its creditors according to the priorities established by law.

**END OF DOCUMENT**

Prepared and Presented by:
/S/ Brian C. Ranck
Brian C. Ranck
Georgia Bar No. 593714
**Attorney for Movant**
Sanders, Ranck & Skilling, P.C.
P.O. Box 1005
Toccoa, Georgia 30577
Phone: 706-886-7533
branck@toccoalaw.com

DISTRIBUTION LIST

Brian C. Ranck
Sanders, Ranck & Skilling, P.C.
P.O. Box 1005
Toccoa, GA 30577

Howard D. Rothbloom, Esq.
The Rothbloom Law Firm
31 Atlanta Street
Marietta, GA 30060

Jordan E. Lubin, Esq.
Chapter 7 Trustee
Building 2
8325 Dunwoody Place
Atlanta, GA 30350-3307

James Michael Craig
3521 Falls Branch Court
Buford, GA 30519